United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELI PINO AMADOR, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-202 |
| | § | CRIMINAL NO. B-01-016 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 and his Application to Proceed in Forma Pauperis is hereby DENIED pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings. The Petitioner's complaint regarding the execution of his sentence, under 28 U.S.C. § 2241, is hereby transferred to the Northern District of Texas, Abilene Division.

DONE at Brownsville, Texas this 28 day of February, 2003.

Hilda Tagle
United States District Judge